UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORDI KEMOY GORDON,<br><br>       Petitioner,<br><br>    -v.-<br><br>JAMES MCHENRY, as director,<br>Executive Office for Immigration<br>Review, *et al.*,<br><br>       Respondents. | 21 Civ. 3389 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  Earlier today, the Court held a telephonic conference with the parties regarding Petitioner's request to amend the Petition. As a result of those discussions, and given that the Government has not objected to Petitioner's request, the Court hereby authorizes Petitioner to file an amended petition pursuant to 28 U.S.C. § 2241 in the month of June 2021. The parties are directed to file a joint letter regarding their proposed schedule for Petitioner's amendment and any supplemental briefing on the pending motions on or before June 4, 2021. Moreover, the hearing scheduled for June 10, 2021, is hereby ADJOURNED *sine die*.

  SO ORDERED.

Dated:  June 2, 2021
      New York, New York

                        KATHERINE POLK FAILLA
                        United States District Judge