UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORDI KEMOY GORDON,

                              Petitioner,

              -v.-

JAMES MCHENRY, *as Director, Executive Office for Immigration Review, et al.*,

                              Respondents.

21 Civ. 3389 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

Earlier today, the Court issued an oral decision partially granting Petitioner's Amended Petition for a Writ of Habeas Corpus. (*See* Dkt. #55). For the reasons set forth on the record, the Amended Petition is GRANTED to this extent: Within seven (7) days of the Court's decision, Respondents shall either provide the Petitioner with an individualized bond hearing consistent with the Court's decision or release him. Moreover, Petitioner's Motion for a Preliminary Injunction is DENIED as moot. (*See* Dkt. #37).

Lastly, the Government previously moved to dismiss Petitioner's initial Petition for a Writ of Prohibition and Mandamus. (Dkt. #43). The Court hereby DENIES that motion as moot.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated:      June 18, 2021
              New York, New York

                                       KATHERINE POLK FAILLA
                                    United States District Judge